WWR# 21366250

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Dawn M Bitter and John N Bitter

Debtor,

Case No. 17-04357
Chapter 13
Hon. Pamela S. Hollis

/

## AGREED ORDER REGARDING MOTION OF CREDITOR, CALIBER HOME LOANS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

Before the Court is CALIBER HOME LOANS, INC. ("Movant") Motion for Relief from the Automatic Stay in effect pursuant to 11 U.S.C. § 362, § 1301 and Fed. R. Bankr. P. 4001(a)(3), as to its collateral, 2964 FERRO DR, NEW LENOX, IL 60451. The Motion was properly served and noticed, and the Court has been advised in the premises. In advance of a hearing to consider Movant's requests, the parties entered into an agreement pursuant to Fed. R. Bankr. P. 4001(d).

Based upon the parties AGREEMENT, the Court hereby deems the above-referenced stays continued on Movant's collateral, 2964 FERRO DR, NEW LENOX, IL 60451, pending compliance with the following incorporated terms:

1. The Debtor(s) shall make all contractually required payments, directly to Movant, beginning with the payment due in September, 2017.

2. In the event the Debtor fails to comply with the payment provisions contained herein, Movant shall have the right to direct written notice of the default to the Debtor by ordinary U.S. mail and to the Debtor's attorney by email. In the event the Debtor fails to fully cure the default within sixty (60) days after the mailing date of the aforementioned notice,

the automatic stay and co-debtor stays in effect under 11 U.S.C. §362, § 1301 and Fed R. Bankr. P. 4001(a)(3) shall be deemed terminated in favor of Movant, without further notice or hearing, upon the filing by counsel for Movant of a Notice of Default.

3. Unless otherwise stated expressly herein, all notices and/or affidavits of default shall be mailed to the Debtor. The Debtors' attorney shall be notified by ordinary mail or by email. Each party shall be responsible for notifying the other.

**SO AGREED AND ORDERED.**

/s/ Monette W. Cope
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601
Phone: 312-253-9625
Fax: 312-782-4201
ARDC#6198913
Counsel for Creditor,
CALIBER HOME LOANS, INC.

/s/ ~~David M Siegel~~ Jason Lohy ARDC 6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847 520-8100
Email: davidsiegelbk@gmail.com

SEP - 1 2017
Date

Judge Pamela S. Hollis