# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: §
§ **CASE NO. 17-04357**
**DAWN M. BITTER** §
**JOHN N. BITTER** §
    **DEBTOR** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC** | **Caliber Home Loans, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Court Claim # (if known): 2-1
Amount of Claim: $159,736.23
Date Claim Filed: 06/15/2017

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8776**

Phone: 800-401-6587
Last Four Digits of Acct.#:_0425_____

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8776**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty       Date:       01/17/2018
    Transferee/Transferee's Agent

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 17, 2018 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Dawn M. Bitter
2964 Ferro Drive
New Lenox, IL 60451

**Co-Debtor**     *Via U.S. Mail*
John N. Bitter
2964 Ferro Drive
New Lenox, IL 60451

**Debtors' Attorney**
David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

**Chapter 13 Trustee**
Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532

                                                Respectfully Submitted,

                                                /s/ John J. Rafferty
                                                John J. Rafferty