# United States Bankruptcy Court
# Northern District of Illinois

| | |
|---|---|
| In Re:<br>   Dawn M. Biter and<br>   John N. Bitter | ) Case No.: 17-04357<br>)<br>) Chapter 13<br>)<br>) Hon. Pamela S. Hollis |

## NOTICE OF DEFAULT

Now comes Specialized Loan Servicing LLC ("Specialized Loan"), by its attorney, Eric Feldman of Eric Feldman & Associates, P.C. and for its Notice of Default, states as follows:

1. On February 15, 2017, Debtors filed their Chapter 13 Bankruptcy Petition.

2. On August 8, 2017, Caliber Home Loans, Inc. f/k/a Vericrest Financial, Inc. ("Caliber") filed its motion for relief from stay.

3. On or about September 1, 2017, Caliber and the Debtors entered into an agreed order ("Agreed Order") regarding Caliber's motion. Exhibit A.

4. On or about January 5, 2018, Caliber assigned the mortgage to Specialized Loan. Exhibit B.

4. Pursuant to the Agreed Order, the Debtors were to make all contractually required payments. *See* Exhibit A.

5. All contractually required payments were not made. Exhibit C.

6. Pursuant to the Agreed Order, if the default was not cured within 60 days, "the automatic stay and co-debtor in effect under 11 U.S.C. Sec. 362, 1301 and Fed. R. Bank. 4001(a)(3) shall be deemed terminated in favor of Movant [Specialized Loan],

1

without further notice or hearing, upon the filing by counsel for the Movant [Specialized Loan] of a Notice of Default.

7. All agreed payments were not made. *See* Exhibit C.

8. Pursuant to the Agreed Order, if the contractually required payments were not made, Specialized Loan has the right to direct written notice of default to Debtor.

9. Specialized Loan issued said notice to the Debtor and/or his/her attorney that Creditor failed to receive required payments on June 20, 2019. Exhibit D.

10. To date, the Debtor has failed to bring the loan post-petition current. *See* Exhibit B.

11. This filing is the requisite Notice of Default under the agreed order.

WHEREFORE, Specialized Loan Servicing LLC prays that this court enter an order terminating or modifying the automatic stay and granting the following relief:

1. Relief from the stay allowing Specialized Loan Servicing LLC, its successors and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the property located at 2964 Ferro Dr., New Lenox, IL 60451;

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code;

3. The Co-Debtor Stay under Section 1301(a) is terminated, modified or annulled as to the Co-Debtor, on the same terms and conditions as to the Debtor;

4. The 14 day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived; and

5. For such other and further relief as the court deems proper.

Respectfully Submitted,

Eric Feldman & Associates, P.C.

By: /s/ Eric Feldman

Eric Feldman
Eric Feldman & Associates, P.C.
123 West Madison Street, Suite 1650
Chicago, IL  60602
Telephone:  312.344.3529
ARDC No. 6277456

Case 17-04357 Doc 39 Filed 09/01/17 Entered 09/20/17 11:12:36 Desc Main
Document Page 1 of 2

WWR# 21366250

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Dawn M Bitter and John N Bitter

Debtor,

Case No. 17-04357
Chapter 13
Hon. Pamela S. Hollis

**AGREED ORDER REGARDING MOTION OF CREDITOR,
CALIBER HOME LOANS, INC. FOR RELIEF
FROM THE AUTOMATIC STAY**

Before the Court is CALIBER HOME LOANS, INC. ("Movant") Motion for Relief from the Automatic Stay in effect pursuant to 11 U.S.C. § 362, § 1301 and Fed. R. Bankr. P. 4001(a)(3), as to its collateral, 2964 FERRO DR, NEW LENOX, IL 60451. The Motion was properly served and noticed, and the Court has been advised in the premises. In advance of a hearing to consider Movant's requests, the parties entered into an agreement pursuant to Fed. R. Bankr. P. 4001(d).

Based upon the parties AGREEMENT, the Court hereby deems the above-referenced stays continued on Movant's collateral, 2964 FERRO DR, NEW LENOX, IL 60451, pending compliance with the following incorporated terms:

1. The Debtor(s) shall make all contractually required payments, directly to Movant, beginning with the payment due in September, 2017.

2. In the event the Debtor fails to comply with the payment provisions contained herein, Movant shall have the right to direct written notice of the default to the Debtor by ordinary U.S. mail and to the Debtor's attorney by email. In the event the Debtor fails to fully cure the default within sixty (60) days after the mailing date of the aforementioned notice,

**Exhibit A**

the automatic stay and co-debtor stays in effect under 11 U.S.C. §362, § 1301 and Fed R. Bankr. P. 4001(a)(3) shall be deemed terminated in favor of Movant, without further notice or hearing, upon the filing by counsel for Movant of a Notice of Default.

3. Unless otherwise stated expressly herein, all notices and/or affidavits of default shall be mailed to the Debtor. The Debtors' attorney shall be notified by ordinary mail or by email. Each party shall be responsible for notifying the other.

SO AGREED AND ORDERED.

/s/ _____
Monette W. Cope
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601
Phone: 312-253-9625
Fax: 312-782-4201
ARDC#6198913
Counsel for Creditor,
CALIBER HOME LOANS, INC.

/s/ _____
~~David M Siegel~~ Jason Lotky ARDC 6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847 520-8100
Email: davidsiegelbk@gmail.com

SEP - 1 2017
Date

_____
Judge Pamela S. Hollis

Prepared By:
Caliber Home Loans, Inc.
13801 Wireless Way

Oklahoma City, OK 73134
(405) 608-2535, ALYCIA L HART

And When Recorded Mail To:
FIRST AMERICAN MORTGAGE SOLUTIONS
4000 W. Metropolitan Dr.
Suite# 400
Orange, CA 92868
(405) 608-2535

WILL COUNTY RECORDER
RECORDED ON
01/05/2018 10:09:38 AM
REC FEE: 50.75
IL RENTAL HSNG: 9.00
PAGES: 2
MSB

_____ Space above for Recorder's use _____

Customer#: 1/1   Service#: 126907AS1
Loan#: 9801250425

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC.,, 13801 WIRELESS WAY, OKLAHOMA CITY,, hereby assign and transfer to SPECIALIZED LOAN SERVICING LLC, 8742 LUCENT BLVD SUITE 300, HIGHLANDS RANCH, CO 80129-0000, all its right, title and interest in and to said Mortgage in the amount of $166,800.00, recorded in the State of ILLINOIS, County of WILL Official Records, dated FEBRUARY 05, 2004 and recorded on FEBRUARY 20, 2004, as Instrument No. 2004029601, in Book No. ---, at Page No. ---.

Executed by: JOHN N BITTER         DAWN M BITTER, HUSBAND & WIFE
(Original Mortgagor).
Original Mortgagee: CHASE MANHATTAN MORTGAGE CORPORATION. Legal Description: See Attached Exhibit.
Property Address: 2964 FERRO DR, NEW LENOX, IL 60451-0000. PIN# 08-18-404-034-0000.

Date: JANUARY 03, 2018
CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC.,

By: _/s/ Dannielle Ewald_
Dannielle Ewald, Authorized Signatory

State of      OKLAHOMA           }
County of    OKLAHOMA           } ss.

On JANUARY 03, 2018, before me, S. Burdick, a Notary Public, personally appeared Dannielle Ewald, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. Witness my hand and official seal.

_/s/ Burdick_
(Notary Name): S. Burdick
My commission expires: 08/24/2020

# Exhibit B

LOT 94, EXCEPT THAT PART DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 94; THENCE NORTH 13 DEGREES 08 MINUTES 17 SECONDS WEST 137.21 FEET ALONG THE WEST LINE OF SAID LOT 94 TO A POINT ON A CURVE AT THE NORTHWEST CORNER OF SAID LOT 94; THENCE NORTHEASTERLY ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 286.66 FEET AND HAVING A BEARING AND DISTANCE OF NORTH 79 DEGREES 34 MINUTES 37 SECONDS EAST 10.01 FEET ALONG THE NORTHERLY LINE OF LOT 94; THENCE SOUTH 08 DEGREES 57 MINUTES 24 SECONDS EAST 137.10 FEET TO THE POINT OF BEGINNING, IN CHERRY HILL MEADOWS UNIT NO. 2, A SUBDIVISION OF PART OF THE EAST 1/2 OF SECTION 18, TOWNSHIP 35 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED AUGUST 27, 1997 AS DOCUMENT NUMBER R97-73594, AND CERTIFICATE OF CORRECTION RECORDED FEBRUARY 25, 1999 AS DOCUMENT NUMBER R99-26305, IN WILL COUNTY, ILLINOIS.   P.I.N. 08-18-404-034-0000

PROVIDED TO PROPERTY INSIGHT BY RECORD

16



**BSI Financial Services**

| Loan Information | |
|---|---|
| Loan # | 1461978776 |
| Borrower | BITTER |
| BK Case # | 17-04357 |
| Date Filed | 2/15/17 |
| First Post Petition Due | 3/1/17 |
| POC Covers | 9/1/16 - 2/1/17 |

| Date | P&I | Payment Changes Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 3/1/17 | $794.75 | $751.19 | $1,545.94 | POC |
| 12/1/17 | $794.75 | $774.80 | $1,569.55 | 11/2/17 |
| 9/1/18 | $794.75 | $904.76 | $1,699.51 | 7/31/18 |

MFR FILED 08/04/2017 - BORROWER WAS DUE FOR 06/01/2017 & 07/01/2017 WITH 562.18 IN SUSPENSE
AO ENTERED - BORROWER TO REMAIN POST PETITION CURRENT AS CURED DEFAULT PRIOR TO MFR HEARING

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/17 | $1,600.00 | 3/1/17 | 9/1/16 | $1,545.94 | $54.06 | $54.06 | | $54.06 | | | $0.00 | $0.00 |
| 6/28/17 | $1,600.00 | 4/1/17 | 10/1/16 | $1,545.94 | $54.06 | $54.06 | | $108.12 | | | $0.00 | $0.00 |
| 7/31/17 | $2,000.00 | 5/1/17 | 11/1/16 | $1,545.94 | $454.06 | $454.06 | | $562.18 | $1,525.40 | | $1,525.40 | $1,525.40 |
| 8/11/17 | | trustee payment | 12/1/16 | $1,545.94 | $0.00 | | | $562.18 | | | $1,525.40 | $1,525.40 |
| 8/15/17 | $1,545.94 | 6/1/17 | 1/1/17 | $1,545.94 | $0.00 | | | $562.18 | | | $1,525.40 | $1,525.40 |
| 8/29/17 | $2,529.74 | 7/1/17 | 1/1/17 | $1,545.94 | $983.80 | $983.80 | | $1,545.98 | | | $1,525.40 | $1,525.40 |
| 8/29/17 | | 8/1/17 | 2/1/17 | $1,545.94 | -$1,545.94 | | $1,545.94 | $0.04 | | | $1,525.40 | $1,525.40 |
| 8/30/17 | $1,545.94 | 9/1/17 | 3/1/17 | $1,545.94 | $0.00 | | | $0.04 | | | $1,525.40 | $1,525.40 |
| 9/8/17 | | trustee payment | | | $0.00 | | | $0.04 | $384.13 | | $1,909.53 | $1,909.53 |

Agreed order entered 9/20/17, stating to remain current post petition and resume payment 9/1/17, Default amount cured prior to MFR hearing & order being granted.

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/17 | $1,545.94 | 10/1/17 | 4/1/17 | $1,545.94 | $0.00 | | | $0.04 | | | $1,909.53 | $1,909.53 |
| 1/2/18 | $1,600.00 | 11/1/17 | 5/1/17 | $1,569.55 | $30.45 | $30.45 | | $30.45 | | | $1,909.53 | $1,909.53 |
| 2/28/18 | $1,600.00 | 12/1/17 | 6/1/17 | $1,569.55 | $30.45 | $30.45 | | $60.90 | | | $1,909.53 | $1,909.53 |
| 5/1/18 | $1,600.00 | 1/1/18 | 7/1/17 | $1,569.55 | $30.45 | $30.45 | | $115.00 | | | $1,909.53 | $1,909.53 |
| 7/12/18 | $1,600.00 | 2/1/18 | 8/1/17 | $1,569.55 | $30.45 | $30.45 | | $145.45 | | | $1,909.53 | $1,909.53 |
| 9/24/18 | | trustee payment | | | $0.00 | | | $145.45 | $3,116.26 | | $5,025.79 | $5,025.79 |
| 9/24/18 | | pre petition applied | 9/1/17 | | $0.00 | | | $145.45 | | $1,545.94 | $3,479.85 | $5,025.79 |
| 9/24/18 | | pre petition applied | 10/1/17 | | $0.00 | | | $145.45 | | $1,545.94 | $1,933.91 | $5,025.79 |
| 10/31/18 | | pre petition applied | 11/1/17 | | $0.00 | | | $145.45 | | $1,545.94 | $387.97 | $5,025.79 |
| 10/31/18 | $1,700.00 | suspense | | | $1,700.00 | $1,700.00 | | $1,845.45 | | | $387.97 | $5,025.79 |
| 11/2/18 | | 12/1/17 | | $1,569.55 | -$1,569.55 | | $1,569.55 | $275.90 | | | $387.97 | $5,025.79 |
| 11/20/18 | | trustee payment | | | $0.00 | | | $275.90 | $266.25 | | $654.22 | $5,292.04 |
| 1/23/19 | | trustee payment | | | $0.00 | | | $275.90 | $266.24 | | $920.46 | $5,558.28 |
| 3/4/19 | | trustee payment | | | $0.00 | | | $275.90 | $558.88 | | $1,479.34 | $6,117.16 |
| 4/18/19 | | trustee payment | | | $0.00 | | | $275.90 | $2,345.23 | | $3,824.57 | $8,462.39 |
| 4/18/19 | | pre petition applied | 1/1/18 | | $0.00 | | | $275.90 | | $1,569.55 | $2,255.02 | $8,462.39 |
| 4/18/19 | | pre petition applied | 2/1/18 | | $0.00 | | | $275.90 | | $1,569.55 | $685.47 | $8,462.39 |

post petition due

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4/1/18 | | $1,569.55 | -$1,569.55 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 5/1/18 | | $1,569.55 | -$1,569.55 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 6/1/18 | | $1,569.55 | -$1,569.55 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 7/1/18 | | $1,569.55 | -$1,569.55 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 8/1/18 | | $1,569.55 | -$1,569.55 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 9/1/18 | | $1,569.55 | -$1,569.55 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 10/1/18 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 11/1/18 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 12/1/18 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 1/1/19 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 2/1/19 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 3/1/19 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 4/1/19 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |
| | | 5/1/19 | | $1,699.51 | -$1,699.51 | | | $275.90 | | | $685.47 | $8,462.39 |

## Exhibit C



**Eric Feldman & Associates, P.C.**
123 West Madison Street · Suite 1650
Chicago, Illinois 60602
Telephone 312.344.3529

June 18, 2019

*Notice of Default*

Dawn M. Bitter and John N. Bitter
2964 Ferro Drive
New Lenox, IL 60451

    Re:   In Re: Dawn M. Bitter and John N. Bitter
            Case No.: 17-04357

Mr. and Mrs. Bitter,

By way of introduction, I am counsel for Specialized Loan Servicing, LLC as assignee of Caliber Home Loans, Inc. d/b/a Vericrest Financial, Inc. I have had the opportunity to review the Agreed Order Regarding Motion of Creditor for Relief From Automatic Stay (the "Agreed Order")(attached) entered on September 20, 2017. The Order provides that you will make the following payments:

All contractually required payments beginning with the payment due in September 2017.

We have been advised by the loan servicer, Servis One d/b/a BSI Financial Services that you have not made payments in accordance with the Agreed Order.

The Order also provides that if you fail to make the agreed upon payments:

The movant having the right to direct written notice of default to the Debtor and in the event that the Debtor fails to fully cure the default within sixty (60) days after mailing the notice, the automatic stay and co-debtor shall be deemed terminated without further notice of hearing.

If you have any questions, please do not hesitate to call.

                                            Very truly yours,

                                            Eric Feldman & Associates, P.C.

                                            By: *Eric Feldman*

**Exhibit D**

      Encl. – Agreed Order Regarding Motion of Creditor for Relief From Automatic Stay, FDCPA Disclosure

cc (w/encl.): David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Glenn B. Stearns
Chapter 13 Trustee
801 Warrenville Rd., Ste. 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

WWR# 21366250

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Dawn M Bitter and John N Bitter

Debtor,

Case No. 17-04357
Chapter 13
Hon. Pamela S. Hollis

### AGREED ORDER REGARDING MOTION OF CREDITOR, CALIBER HOME LOANS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

Before the Court is CALIBER HOME LOANS, INC. ("Movant") Motion for Relief from the Automatic Stay in effect pursuant to 11 U.S.C. § 362, § 1301 and Fed. R. Bankr. P. 4001(a)(3), as to its collateral, 2964 FERRO DR, NEW LENOX, IL 60451. The Motion was properly served and noticed, and the Court has been advised in the premises. In advance of a hearing to consider Movant's requests, the parties entered into an agreement pursuant to Fed. R. Bankr. P. 4001(d).

Based upon the parties AGREEMENT, the Court hereby deems the above-referenced stays continued on Movant's collateral, 2964 FERRO DR, NEW LENOX, IL 60451, pending compliance with the following incorporated terms:

1. The Debtor(s) shall make all contractually required payments, directly to Movant, beginning with the payment due in September, 2017.

2. In the event the Debtor fails to comply with the payment provisions contained herein, Movant shall have the right to direct written notice of the default to the Debtor by ordinary U.S. mail and to the Debtor's attorney by email. In the event the Debtor fails to fully cure the default within sixty (60) days after the mailing date of the aforementioned notice,

the automatic stay and co-debtor stays in effect under 11 U.S.C. §362, § 1301 and Fed R. Bankr. P. 4001(a)(3) shall be deemed terminated in favor of Movant, without further notice or hearing, upon the filing by counsel for Movant of a Notice of Default.

3. Unless otherwise stated expressly herein, all notices and/or affidavits of default shall be mailed to the Debtor. The Debtors' attorney shall be notified by ordinary mail or by email. Each party shall be responsible for notifying the other.

**SO AGREED AND ORDERED.**

/s/ Monette W. Cope
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601
Phone: 312-253-9625
Fax: 312-782-4201
ARDC#6198913
Counsel for Creditor,
CALIBER HOME LOANS, INC.

/s/ ~~David M Siegel~~ Jason Loky ARDC 6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847 520-8100
Email: davidsiegelbk@gmail.com

SEP - 1 2017
Date

Judge Pamela S. Hollis

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor to whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt as valid.

4. If you notice this office in writing within 309 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Eric Feldman & Associates, P.C., 123 W. Madison St., Ste. 1650, Chicago, IL 60602, 312.344.3529.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.