IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | Case No.: 17-04357 |
| | ) | |
| Dawn M. Bitter, and | ) | Chapter 13 |
| John N. Bitter | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtors, | ) | |
| | ) | |

## NOTICE OF FILING

To:    David M. Siegel
       David M. Siegel & Associates
       790 Chaddick Drive
       Wheeling, IL 60090

       Glenn B. Stearns
       Chapter 13 Trustee
       801 Warrenville Rd., Ste. 650
       Lisle, IL 60532

       Patrick S. Layng
       Office of the U.S. Trustee, Region 11
       219 S. Dearborn St., Room 873
       Chicago, IL 60604

       And on the following by ordinary U.S. Mail addressed to

       Dawn M. Bitter and John N. Bitter
       2964 Ferro Drive
       New Lenox, IL 60451

       YOU ARE HEREBY NOTIFIED that on August 22, 2019, I caused to be filed a **Notice of Default** on behalf of Specialized Loan Servicing LLC, a copy of which is hereby served upon you.

## Certificate of Service

       I hereby certify that on the 22nd day of August, 2019 a copy of the Notice of Filing was served on the following registered ECF Participants, electronically through the court's ECF System at the email address registered with the court:

David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Glenn B. Stearns
Chapter 13 Trustee
801 Warrenville Rd., Ste. 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

And on the following by ordinary U.S. Mail addressed to

Dawn M. Bitter and John N. Bitter
2964 Ferro Drive
New Lenox, IL 60451

<div style="margin-left:50%">

Respectfully Submitted,

Eric Feldman & Associates, P.C.

By:  /s/ Eric Feldman

</div>

Eric Feldman
Eric Feldman & Associates, P.C.
123 West Madison Street, Suite 1650
Chicago, IL  60602
Telephone:  312.344.3529
ARDC No. 6277456