# United States Bankruptcy Court
# Northern District of Illinois

| | | |
|---|---|---|
| In Re: | ) | Case No.: 17-04357 |
|    Dawn M. Biter and | ) | |
|    John N. Bitter | ) | Chapter 13 |
| | ) | |
| | ) | Hon. Pamela S. Hollis |

## ORDER MODIFYING STAY

This matter coming before the court on Specialized Loan Servicing LLC's Notice of Default, proper service having been given:

IT IS HEREBY ORDERED THAT:

1. The automatic stay is modified allowing Specialized Loan Servicing LLC, its successors and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the property located at 2964 Ferro Dr., New Lenox, IL 60451;

2. This Order will be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code;

3. The Co-Debtor Stay under Section 1301(a) is terminated, modified or annulled as to the Co-Debtor, on the same terms and conditions as to the Debtor; and

4. The 14 day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived

                                                                                                              Enter:

                                                                                                              Hon. Pamela S. Hollis

Dated: _____, 2019                                                                    _____

Prepared by:                                                                 United States Bankruptcy Judge
Eric Feldman
Eric Feldman & Associates, P.C.
123 West Madison Street, Suite 1650
Chicago, Illinois 60602
Telephone: 312.344.3529
ARDC No. 6277456

1