# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **Dawn & John Bitter** | ) | 17 B 04357 |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge Hunt** |

### *NOTICE OF OBJECTION*

Please take notice that the Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to modify plan:

1) The new plan base proposed on order is insufficient to fund 100% to the GUCs.

                                                                Glenn Stearns, Trustee;

                                                                _____/s/_____
                                                                By: Gerald Mylander

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532