**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dawn M Bitter |
| Debtor 2 (Spouse, if filing) | John N Bitter |
| United States Bankruptcy Court for the: | Northern    District of Illinois (State) |
| Case number | 17-04357 |

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:    8  7  7  6

**Property address:**   2964 Ferro Dr.
Number        Street

New Lenox, IL 60451
City                        State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ 8,072.33

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/___
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                                        (a)  $ 7,277.83

b.   Total fees, charges, expenses, escrow, and costs outstanding:          + (b)  $ 794.50

c.   **Total.** Add lines a and b.                                                          (c)  $ 8,072.33

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     3 / 1 / 2017
MM / DD / YYYY

| Debtor 1 | Dawn M Bitter | | Case number (if known) | 17-04357 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

| **Part 4:** | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✖ /s/ Gersilda Baci | Date | 9 / 14 / 2020 |
|---|---|---|
| Signature | | |

| Print | Gersilda | Baci | Title | Of Counsel |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

| Company | Eric Feldman & Associates PC, for U.S. Bank |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 |
|---|---|
| | Number    Street |
| | Irving, TX 75038 |
| | City    State    ZIP Code |

| Contact phone | ( 972 ) 347 – 4350 | Email |
|---|---|---|


**BSI Financial Services**

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 3/1/17 | $794.75 | $751.19 | $1,545.94 | POC |
| 12/1/17 | $794.75 | $774.80 | $1,569.55 | 11/2/17 |
| 9/1/18 | $794.75 | $904.76 | $1,699.51 | 7/31/18 |
| 8/1/19 | $794.75 | $832.00 | $1,626.75 | 7/7/19 |
| | | | | |
| | | | | |

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | BITTER |
| BK Case # | 17-04357 |
| Date Filed | 2/15/17 |
| First Post Petition Due Date | 3/1/17 |
| POC Covers | 9/1/16 - 2/1/17 |

MFR FILED 08/04/2017 - BORROWER WAS DUE FOR 06/01/2017 & 07/01/2017 WITH $62.18 IN SUSPENSE
AO ENTERED - BORROWER TO REMAIN POST PETITION CURRENT AS CURED DEFAULT PRIOR TO MFR HEARING

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/17 | $1,600.00 | 3/1/17 | 9/1/16 | $1,545.94 | $54.06 | $54.06 | | $54.06 | | | $0.00 | $0.00 | |
| 6/28/17 | $1,600.00 | 4/1/17 | 10/1/16 | $1,545.94 | $54.06 | $54.06 | | $108.12 | | | $0.00 | $0.00 | |
| 7/31/17 | $2,000.00 | 5/1/17 | 11/1/16 | $1,545.94 | $454.06 | $454.06 | | $562.18 | | | $0.00 | $0.00 | |
| 8/11/17 | | trustee payment | | | $0.00 | | | $562.18 | $1,525.40 | | $1,525.40 | $1,525.40 | |
| 8/15/17 | $1,545.94 | 6/1/17 | 12/1/16 | $1,545.94 | $0.00 | | | $562.18 | | | $1,525.40 | $1,525.40 | |
| 8/29/17 | $2,529.74 | 7/1/17 | 1/1/17 | $1,545.94 | $983.80 | $983.80 | | $1,545.98 | | | $1,525.40 | $1,525.40 | |
| 8/29/17 | | 8/1/17 | 2/1/17 | $1,545.94 | -$1,545.94 | | | $1,545.98 | | | $1,525.40 | $1,525.40 | |
| 8/30/17 | $1,545.94 | 9/1/17 | 3/1/17 | $1,545.94 | $0.00 | | $1,545.94 | $0.04 | | | $1,525.40 | $1,525.40 | |
| 9/8/17 | | trustee payment | | | $0.00 | | | $0.04 | $384.13 | | $1,909.53 | $1,909.53 | |
| | | Agreed order entered 9/20/17, stating to remain current post petition and resume payment 9/1/17, Default amount cured prior to MFR hearing & order being granted. | | | $0.00 | | | $0.04 | | | $1,909.53 | $1,909.53 | |
| 10/3/17 | $1,545.94 | 10/1/17 | 4/1/17 | $1,545.94 | $0.00 | | | $0.04 | | | $1,909.53 | $1,909.53 | |
| 1/2/18 | $1,600.00 | 11/1/17 | 5/1/17 | $1,545.94 | $54.06 | $54.06 | | $54.10 | | | $1,909.53 | $1,909.53 | |
| 2/28/18 | $1,600.00 | 12/1/17 | 6/1/17 | $1,569.55 | $30.45 | $30.45 | | $84.55 | | | $1,909.53 | $1,909.53 | |
| 5/1/18 | $1,600.00 | 1/1/18 | 7/1/17 | $1,569.55 | $30.45 | $30.45 | | $115.00 | | | $1,909.53 | $1,909.53 | |
| 7/12/18 | $1,600.00 | 2/1/18 | 8/1/17 | $1,569.55 | $30.45 | $30.45 | | $145.45 | | | $1,909.53 | $1,909.53 | |
| 9/24/18 | | trustee payment | | | $0.00 | | | $145.45 | $3,116.26 | | $5,025.79 | $5,025.79 | |
| 9/24/18 | | pre petition applied | 9/1/17 | | $0.00 | | | $145.45 | | $1,545.94 | $3,479.85 | $5,025.79 | |
| 9/24/18 | | pre petition applied | 10/1/17 | | $0.00 | | | $145.45 | | $1,545.94 | $1,933.91 | $5,025.79 | |
| 9/24/18 | | pre petition applied | 11/1/17 | | $0.00 | | | $145.45 | | $1,545.94 | $387.97 | $5,025.79 | |
| 10/31/18 | $1,700.00 | suspense | | | $1,700.00 | $1,700.00 | | $1,845.45 | | | $387.97 | $5,025.79 | |
| 11/2/18 | | 3/1/18 | 12/1/17 | $1,569.55 | -$1,569.55 | | $1,569.55 | $275.90 | | | $387.97 | $5,025.79 | |
| 11/20/18 | | trustee payment | | | $0.00 | | | $275.90 | $266.25 | | $654.22 | $5,292.04 | |
| 1/23/19 | | trustee payment | | | $0.00 | | | $275.90 | $266.24 | | $920.46 | $5,558.28 | |
| 3/4/19 | | trustee payment | | | $0.00 | | | $275.90 | $558.88 | | $1,479.34 | $6,117.16 | |
| 4/18/19 | | trustee payment | | | $0.00 | | | $275.90 | $2,345.23 | | $3,824.57 | $8,462.39 | |
| 4/18/19 | | pre petition applied | 1/1/18 | | $0.00 | | | $275.90 | | $1,569.55 | $2,255.02 | $8,462.39 | |
| 4/18/19 | | pre petition applied | 2/1/18 | | $0.00 | | | $275.90 | | $1,569.55 | $685.47 | $8,462.39 | |
| 6/20/19 | | trustee payment | | | $0.00 | | | $275.90 | $644.21 | | $1,329.68 | $9,106.60 | |
| 7/19/19 | | trustee payment | | | $0.00 | | | $275.90 | $133.63 | | $1,463.31 | $9,240.23 | |
| 7/31/19 | $1,700.00 | 4/1/18 | 3/1/18 | $1,569.55 | $130.45 | $130.45 | | $406.35 | | | $1,463.31 | $9,240.23 | |
| 8/15/19 | | trustee payment | | | $0.00 | | | $406.35 | | | $1,463.31 | $9,240.23 | |
| 9/3/19 | $1,700.00 | 5/1/18 | 4/1/18 | $1,569.55 | $130.45 | $130.45 | | $536.80 | | | $1,463.31 | $9,240.23 | |
| 9/19/19 | | trustee payment | | | $0.00 | | | $536.80 | $523.63 | | $1,986.94 | $9,763.86 | |
| 9/23/19 | $1,700.00 | 6/1/18 | | $1,569.55 | $130.45 | $130.45 | | $667.25 | $139.63 | | $2,126.57 | $9,903.49 | |
| 10/18/19 | | trustee payment | | | $0.00 | | | $667.25 | | | $2,126.57 | $9,903.49 | |
| 11/15/19 | | trustee payment | | | $0.00 | | | $667.25 | $513.23 | | $2,639.80 | $10,416.72 | |
| | | $1,569.55 | 5/1/18 | | $0.00 | | | $667.25 | | $1,569.55 | $1,070.25 | $10,416.72 | |
| 11/26/19 | $1,700.00 | 7/1/18 | 6/1/18 | $1,569.55 | $130.45 | $130.45 | | $797.70 | | | $1,070.25 | $10,416.72 | |
| 12/30/19 | $1,600.00 | 8/1/18 | | $1,569.55 | $30.45 | | | $797.70 | | | $1,070.25 | $10,416.72 | |
| 1/17/20 | | trustee payment | | | $0.00 | | | $797.70 | $134.43 | | $1,204.68 | $10,551.15 | |
| 2/21/20 | | trustee payment | | | $0.00 | | | $797.70 | $513.23 | | $1,717.91 | $11,064.38 | |
| | | pre petition applied | 7/1/18 | | $0.00 | | | $797.70 | | $1,569.55 | $148.36 | $11,064.38 | |
| | | | | | $0.00 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | | | | $0.00 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 9/1/18 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 10/1/18 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 11/1/18 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| PAST DUE PAYMENT | | 12/1/18 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 1/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 2/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 3/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 4/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 5/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 6/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 7/1/19 | | $1,699.51 | -$1,699.51 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 8/1/19 | | $1,626.75 | -$1,626.75 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 9/1/19 | | $1,626.75 | -$1,626.75 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 10/1/19 | | $1,626.75 | -$1,626.75 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 11/1/19 | | $1,626.75 | -$1,626.75 | | | $797.70 | | | $148.36 | $11,064.38 | |
| | | 12/1/19 | | $1,626.75 | -$1,626.75 | | | $797.70 | | | $148.36 | $11,064.38 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 2/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 3/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 4/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 5/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 6/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 7/1/20 | | $1,626.75 | -$1,626.75 | | $797.70 | | $148.36 | $11,064.38 | |
| | 8/1/20 | | $1,642.43 | -$1,642.43 | | $797.70 | | $148.36 | $11,064.38 | |
| | 9/1/20 | | $1,642.43 | -$1,642.43 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |
| | | | | $0.00 | | $797.70 | | $148.36 | $11,064.38 | |

Case 17-04357    Doc    Filed 09/14/20    Entered 09/14/20 14:49:08    Desc Main
Document    Page 5 of 5

09/14/20

JOHN N BITTER                                        Account Number
DAWN M BITTER
2964 FERRO DRIVE

NEW LENOX          IL 60451

Collateral

| | | | | |
|---|---|---|---|
| Original Balance | 166800.00 | P&I Payment | 794.75 | Next Due Date | 08/01/18 |
| Current Balance | 145273.84 | Escrow Payment | 774.80 | Last Payment Date | 03/30/20 |
| Escrow Balance | -16934.09 | Opt Ins Payment | 0.00 | Current Interest Rate | 5.75000 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | -8072.33 | Total Payment | 1569.55 | | |

History from 09/01/10 through 09/14/20  Beginning statement balance   145951.33       Ending statement balance      145273.84

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/19 | 02/11/19 | 12/01/17 | Admin Adj | 0.00 | 0.00 | 0.00 | -8989.51 | 0.00 | 0.00 |
| 02/12/19 | 02/12/19 | 12/01/17 | Admin Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/19/19 | 02/19/19 | 12/01/17 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7277.83 F |
| 02/20/19 | 02/20/19 | 12/01/17 | Cash Receipt | 687.32 | 0.00 | 0.00 | 0.00 | 0.00 | 687.32 N |
| 02/25/19 | 02/25/19 | 12/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 F |
| 03/04/19 | 03/04/19 | 12/01/17 | Cash Receipt | 558.88 | 0.00 | 0.00 | 0.00 | 0.00 | 558.88 N |
| 03/25/19 | 03/04/19 | 12/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/10/19 | 04/10/19 | 12/01/17 | Admin Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/18/19 | 04/18/19 | 02/01/18 | Payment | 2345.23 | 191.26 | 1398.24 | 1549.60 | 0.00 | -793.87 N |
| 04/22/19 | 04/22/19 | 02/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |
| 05/15/19 | 05/15/19 | 02/01/18 | Tax Manual | -4203.52 | 0.00 | 0.00 | -4203.52 | 0.00 | 0.00 |
| 06/20/19 | 06/20/19 | 02/01/18 | Cash Receipt | 644.21 | 0.00 | 0.00 | 0.00 | 0.00 | 644.21 N |
| 07/19/19 | 07/19/19 | 02/01/18 | Payment | 133.63 | 0.00 | 113.51 | 0.00 | 0.00 | 20.12 N |
| 07/22/19 | 07/22/19 | 02/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |
| 07/31/19 | 07/31/19 | 02/01/18 | Cash Receipt | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 N |
| 08/15/19 | 08/15/19 | 02/01/18 | Payment | 511.63 | 0.00 | 0.00 | 0.00 | 0.00 | 511.63 N |
| 08/19/19 | 08/19/19 | 02/01/18 | Tax Enmasse | -4203.52 | 0.00 | 0.00 | -4203.52 | 0.00 | 0.00 |
| 08/21/19 | 07/31/19 | 03/01/18 | Miscellaneous | 0.00 | 96.32 | 698.43 | 1286.43 | 0.00 | -2081.18 N |

B= _Buydown/Subsidy_          F= _Fee Payment_          L= _Late Charges_          N= _Unapplied_          C= _Uncollected_

09/14/20                                              Account Number

JOHN N BITTER
DAWN M BITTER

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 08/22/19 | 08/22/19 | 03/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 F |
| 09/03/19 | 09/03/19 | 03/01/18 | Cash Receipt | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 N |
| 09/19/19 | 09/19/19 | 03/01/18 | Cash Receipt | 523.63 | 0.00 | 0.00 | 523.63 | 0.00 | 0.00 |
| 09/23/19 | 09/03/19 | 04/01/18 | Miscellaneous | 0.00 | 96.78 | 697.97 | 774.80 | 0.00 | -1569.55 N |
| 10/04/19 | 10/04/19 | 04/01/18 | Ins Enmasse | -1666.00 | 0.00 | 0.00 | -1666.00 | 0.00 | 0.00 |
| 10/18/19 | 10/18/19 | 04/01/18 | Cash Receipt | 139.63 | 0.00 | 0.00 | 0.00 | 0.00 | 139.63 N |
| 11/15/19 | 11/15/19 | 04/01/18 | Cash Receipt | 513.23 | 0.00 | 0.00 | 513.23 | 0.00 | 0.00 |
| 11/26/19 | 10/18/19 | 05/01/18 | Payment | 1700.00 | 97.24 | 697.51 | 914.43 | 0.00 | -9.18 N |
| 12/19/19 | 12/19/19 | 05/01/18 | Cash Receipt | 892.03 | 0.00 | 0.00 | 892.03 | 0.00 | 0.00 |
| 12/30/19 | 12/30/19 | 06/01/18 | Payment | 1600.00 | 97.71 | 697.04 | 774.80 | 0.00 | 30.45 N |
| 01/17/20 | 01/16/20 | 06/01/18 | Cash Receipt | 134.43 | 0.00 | 0.00 | 134.43 | 0.00 | 0.00 |
| 02/21/20 | 02/21/20 | 06/01/18 | Cash Receipt | 513.23 | 0.00 | 0.00 | 513.23 | 0.00 | 0.00 |
| 03/04/20 | 03/04/20 | 06/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |
| 03/30/20 | 03/30/20 | 07/01/18 | Payment | 1600.00 | 98.18 | 696.57 | 774.80 | 0.00 | 30.45 N |
| 04/10/20 | 04/10/20 | 07/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |
| 04/16/20 | 04/16/20 | 07/01/18 | Cash Receipt | 400.13 | 0.00 | 0.00 | 400.13 | 0.00 | 0.00 |
| 04/22/20 | 04/22/20 | 07/01/18 | Cash Receipt | 0.00 | 0.00 | 0.00 | 1568.91 | 0.00 | -1568.91 N |
| 05/14/20 | 05/14/20 | 07/01/18 | Cash Receipt | 116.03 | 0.00 | 0.00 | 0.00 | 0.00 | 116.03 N |
| 05/15/20 | 05/15/20 | 07/01/18 | Tax Enmasse | -4302.75 | 0.00 | 0.00 | -4302.75 | 0.00 | 0.00 |
| 05/28/20 | 05/28/20 | 07/01/18 | Cash Receipt | -116.03 | 0.00 | 0.00 | 0.00 | 0.00 | -116.03 N |
| 06/11/20 | 06/11/20 | 07/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |
| 07/21/20 | 07/21/20 | 07/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |
| 08/17/20 | 08/17/20 | 07/01/18 | Tax Enmasse | -4302.75 | 0.00 | 0.00 | -4302.75 | 0.00 | 0.00 |
| 09/03/20 | 09/03/20 | 07/01/18 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 F |

B= _Buydown/Subsidy_          F= _Fee Payment_          L= _Late Charges_          N= _Unapplied_          C= _Uncollected_